

Tuesday, April 4, 2017

No. 16–0729/NA. U.S. v. Brandon G. Darnall. CCA 20150010. Appellant's second motion to extend time to file a brief is granted to April 4, 2017.

No. 17–0322/MC. U.S. v. Christopher Clugston. CCA 201500326. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 20, 2017.

No. 17–0327/AF. United States, Appellant/Cross–Appellee v. Joshua Katso, Appellee/Cross–Appellant. CCA 38005. Appellee/Cross–Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 1, 2017.

No. 17–0331/AF. U.S. v. Markus A. Milner. CCA S32338. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 24, 2017.

